IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02343-BNB

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

OFFICER MARK FINNIN, Individually and Officialy [sic],
CITY OF AURORA, COLORADO,
COUNTY OF ARAPOHOE [sic],
OTHER UNKOWN [sic] AGENTS, Individually and Officialy [sic], and
AGENCIES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On January 9, 2006, Plaintiff filed a "Motion Requesting Commencement of Service of Complaint, Summons, and Waiver of Service of Summons. Fed. R. Civ. P. 4 et seq." Plaintiff's request for process of service is both premature and unnecessary. The Motion is DENIED.

Dated: January 11, 2006

Copies of this Minute Order mailed on January 11, 2006, to the following:

Michael Andre Crumpton
Reg. No. 27217-013
USMCFP – Springfield
PO Box 4000
Springfield, MO 65801-4000

_____
Secretary/Deputy Clerk