IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02343-MSK-PAC

MICHAEL ANDRE CRUMPTON,

        Plaintiff,

v.

OFFICER MARK FINNIN, Officially and Individually,
CITY OF AURORA, COLORADO,
ARAPOHOE [sic] COUNTY, and
OTHER KNOWN OR UNKNOWN AGENTS AND AGENCIES,

        Defendants.

## ORDER CONSOLIDATING CASES

On May 16, 2006, the Court issued an Order **(#22)** directing the parties in this case and the parties in Civil Action No. 05-cv-02555-MSK-PAC to show cause, on or before June 9, 2006, why the cases should not be consolidated. The Plaintiff did not respond to the Court's Order to Show Cause. The Court received a single response from the Defendants in Civil Action No. 05-cv-02555-MSK-PAC, agreeing that consolidation is appropriate.

The Complaints filed in both actions involve common questions of law and fact. Therefore, consolidation is appropriate pursuant to Fed. R. Civ. P. 42(a).

**IT IS THEREFORE ORDERED** that:

(1)    This case is consolidated with Civil Action No. 05-cv-02555-MSK-PAC, for all purposes.

(2)    On or before June 30, 2006, the Plaintiff shall file a Second Amended Complaint

which identifies all claims he intends to assert in this consolidated action. His Amended Complaint shall bear a caption in the following form:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02343-MSK-PAC (Consolidated With Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

      Plaintiff,

v.

NAME OF FIRST DEFENDANT
NAME OF SECOND DEFENDANT, etc.

      Defendants.

(3)    Any previously filed motions to dismiss **(#28, #29)** are **DENIED**, as moot.

(4)    The Magistrate Judge's Recommendation that the Plaintiff's Motion to Add or Substitute Proper Defendant **(#21)** is moot, and therefore the Court declines to adopt it. Likewise, the Plaintiff's Motion to Add or Substitute Proper Defendant **(#14)** is also denied, as moot.

Dated this 13th day of June, 2006

                                               **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                               Marcia S. Krieger
                                               United States District Judge