IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02343-MSK-PAC
(consolidated with Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

OFFICER MARK FINNIN, Officially and Individually, *et al.,*

    Defendants.
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that plaintiff's Motion Requesting Acceptance of Second Amended Complaint as Timely Filed (Doc. #40), filed August 21, 2006, is **GRANTED**.  The tendered Second Amended Complaint, received by the court on August 21, 2006, shall be filed this date.  It is

    **FURTHER ORDERED** that plaintiff's Motion to Treat the Complaint as Amended (Doc. #34), filed July 3, 2006, plaintiff's Motion to Treat the Complaint as Amended (Doc. #35), filed July 3, 2006, are **DENIED**.  Those motions and the amendments referenced therein have been mooted by plaintiffs' Second Amended Complaint. It is

    **FURTHER ORDERED** that plaintiff's Motion to Effect Summons and Service upon all Defendants Within There [sic] Individual Capacity [sic] and for Extension of Time to Execute (Doc. #41), filed August 21, 2006, is **GRANTED** as follows: the court shall order the United States Marshal to serve any defendants named in the Second Amended Complaint who have not been served to date.  It is

    **FURTHER ORDERED** that: Defendants City's and Finnin's (Official Capacity) Motion for Enlargement of Time Within Which to Respond (Doc. #45), filed August 25, 2006; The BOCC's Motion for Enlargement of Time Within Which to Respond . . . (Doc. #48), filed August 29, 2006; and The Federal Defendants' Motion for Extension of Time for Filing Answer . . . (Doc. #50), filed August 30, 2006, are **GRANTED** as follows: Defendants shall file an Answer or other responsive pleading to the Second Amended Complaint **on or before September 15, 2006.**

Dated:  August 31, 2006

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on August 31, 2006, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-

      The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on August 31, 2006 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk