IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02343-MSK-PAC
(consolidated with Civil Action No. 05-cv-02555-MSK-PAC)

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

OFFICER MARK FINNIN, Officially and Individually, *et al.,*

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that The Federal Defendants' Motion to Stay Discovery (Doc. #51), filed August 30, 2006, is **DENIED WITHOUT PREJUDICE**.  The Federal Defendants may refile their motion after they file an Answer or Motion to Dismiss the Second Amended Complaint.

Dated:  September 5, 2006